**FARUQI & FARUQI LLP**
ATTORNEYS AT LAW

NEW YORK    CALIFORNIA    DELAWARE    GEORGIA    PENNSYLVANIA

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/22/2019

**Innessa M. Huot**
ihuot@faruqilaw.com

November 21, 2019

<u>**VIA ECF**</u>

Hon. Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

   Re: <u>*Feliciano, et al v. Metropolitan Transportation Authority, et al,* (18-cv-00026)</u>

Dear Judge Broderick:

  We represent Plaintiffs in the above-referenced matter and write on behalf of all parties to advise the Court that, on November 15, 2019, the parties participated in an all-day mediation session with Martin F. Scheinman. The mediation was productive, and the parties made significant progress towards resolving this case. The parties scheduled a second mediation with Martin F. Scheinman on December 11, 2019 in the hopes of reaching a settlement in this case.

  Accordingly, the parties respectfully request that all pending deadlines in the case be stayed so that they can focus their efforts on resolving this case. The parties will provide the Court with a joint letter by December 18, 2019 to update the Court on the outcome of the second mediation.

  Thank you for your time and consideration regarding this matter.

                Sincerely,

                Innessa M. Huot

cc: All Counsel of Record (via ECF)