UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                    :
VINCENT FELICIANO, et al.,                          :
                                                    :
                                Plaintiffs,         :
                                                    :           18-CV-26 (VSB)
            -against-                               :
                                                    :           **ORDER**
METROPOLITAN TRANSPORTATION                         :
AGENCY, et al.,                                     :
                                                    :
                                Defendants.         :
                                                    :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Plaintiffs' motions to substitute party plaintiffs Paul Cortapasso and Michael J. Eglowitz. (Docs. 83, 86.) Accordingly, it is hereby:

ORDERED that Defendants shall file a letter no later than February 7, 2020, stating whether they oppose the motions.

IT IS FURTHER ORDERED that the parties' deadline to submit their settlement submissions in accordance with my December 19, 2019 order, (Doc. 80), is extended to February 21, 2020.

Dated: January 30, 2020
       New York, New York

Vernon S. Broderick
United States District Judge