**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENT FELICIANO, DIANA LONGA, GREG DEVANEY, PETER RONEES and CARLO TAGLIAVIA, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>                Defendants. | Civil Case No.: 18-cv-00026 (VSB)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE PARTY PURSUANT TO FRCP 25(a)(1)** |

The Court, having considered Plaintiffs' Notice of Motion and Declaration of Innessa M. Huot in Support of Plaintiffs' Motion to Substitute Party Pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby **ORDERS** as follows:

The Motion to Substitute Elizabeth Mitchell, executor of the estate of Michael J. Eglowitz, as party plaintiff, Pursuant to Federal Rule of Civil Procedure 25(a)(1), is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 2/4/2020

Vernon S. Broderick
United States District Judge