UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT FELICIANO, DIANA LONGA, GREG DEVANEY, PETER RONEES and CARLO TAGLIAVIA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN TRANSPORTATION AUTHORITY and TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY,<br><br>Defendants. | Civil Case No.: 18-cv-00026 (VSB) |

**STIPULATION AND [PROPOSED] ORDER APPROVING THE SETTLEMENT AND DISMISSING THE CASE**

IT IS HEREBY STIUPLATED AND AGREED by and between the parties, and Ordered by the Court that:

(a) Having reviewed the terms of the parties' resolution of this matter, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

(b) The above-captioned action and all causes of action that were asserted therein, including all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements, or attorneys' fees to any party, except as provided for in the parties' Settlement Agreement; and

(c) The Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

Dated: February 19, 2020　　　　　　　　　Dated: February 19, 2020
　　　　　New York, New York　　　　　　　　　　　New York, New York

**FARUQI & FARUQI, LLP**　　　　　　　　　**PROSKAUER ROSE, LLP**

By: _____　　　　　　By: _____
　　Innessa M. Huot　　　　　　　　　　　　Steven D. Hurd
　　Alex J. Hartzband　　　　　　　　　　　Joshua S. Fox
　　Patrick J. Collopy　　　　　　　　　　　Eleven Times Square
　　685 Third Avenue, 26th Floor　　　　　　New York, NY 10036
　　New York, New York 10017　　　　　　　Tel: 212-969-3000
　　Tel: 212-983-9330　　　　　　　　　　　Fax: 212-969-2900
　　Fax: 212-983-9331　　　　　　　　　　　Email: shurd@proskauer.com
　　Email: ihuot@faruqilaw.com　　　　　　　　　　　jfox@proskauer.com
　　　　　　ahartzband@faruqilaw.com
　　　　　　pcollopy@faruqilaw.com　　　　　*Attorneys for Defendants*

**TILTON BELDNER LLP**

　　Josh Beldner
　　Eric S. Tilton
　　626 RXR Plaza
　　Uniondale, NY 11556
　　Telephone: (631) 629-5291
　　Facsimile: (516) 324-2170
　　Email: jbeldner@tiltonbeldner.com
　　　　　　etilton@tiltonbeldner.com

*Attorneys for Plaintiffs and the FLSA Collective*

SO ORDERED,

_____
The Honorable Vernon S. Broderick

2